AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HODGES, GEORGE R. | U.S. BANKRUPTCY COURT | 06/11/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE, Retired/Recalled | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
401 West Trade Street
CHARLOTTE, NC 28202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/11/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **HODGES, GEORGE R.** | 06/11/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Nationwide Ins. Co. | Triangle Properties Assoc. LLC secured by shopping center in Hickory, NC | P1 |
| 2. | Nationwide Ins. Co. | Note by JM Wallace Land Co. secured by shopping center in Iredell County, NC | P1 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sonoco Products | C | Dividend | M | T | | | | | |
| 2. Merrill Lynch int. bearing demand acct. | A | Interest | M | T | | | | | |
| 3. Bristol Myers Squibb | B | Dividend | L | T | | | | | |
| 4. Oracle Corp. | B | Dividend | M | T | | | | | |
| 5. Lincoln Nat'l. Corp. | B | Dividend | M | T | | | | | |
| 6. Altria Group | B | Dividend | L | T | Buy (add'l) | 02/01/17 | J | | |
| 7. Coca Cola Co. | A | Dividend | K | T | | | | | |
| 8. Merck | C | Dividend | M | T | | | | | |
| 9. Microsoft | D | Dividend | N | T | Sold (part) | 02/13/17 | K | B | |
| 10. Duke Energy Corp. | A | Dividend | K | T | | | | | |
| 11. General Electric Co. | C | Dividend | | | Sold | 12/22/17 | L | A | |
| 12. Philip Morris Int'l. Inc. | C | Dividend | L | T | | | | | |
| 13. ML CMA demand deposit | A | Interest | N | T | | | | | |
| 14. N Carolina Estn MPA Sys | A | Interest | | | Sold | 11/15/17 | J | A | |
| 15. CSX Corp. | B | Dividend | L | T | | | | | |
| 16. IBM Corp. | B | Dividend | K | T | | | | | |
| 17. Nash Hlth Cre Sys NCHCF | B | Interest | | | Sold | 11/15/17 | L | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Berkshire Hathaway CLB | | None | M | T | | | | | |
| 19. N. Car. MCC. Healthcare HFC | B | Interest | | | Sold | 11/15/17 | L | A | |
| 20. Johnson + Johnson | C | Dividend | M | T | | | | | |
| 21. American Balanced Fund | C | Interest | M | T | | | | | |
| 22. American Fundamental | B | Interest | M | T | | | | | |
| 23. First Eagle Overseas FD | B | Interest | M | T | | | | | |
| 24. First Eagle Global FD | A | Interest | M | T | | | | | |
| 25. JPMorgan Inc. Bldr. FD | B | Interest | L | T | | | | | |
| 26. IRA - Bank of America NA (cash) | A | Interest | J | T | | | | | |
| 27. IRA - American Capital Wld Fund | B | Interest | L | T | Sold (part) | 11/07/17 | J | A | |
| 28. IRA - American Cap Inc. Bldr. | B | Interest | L | T | Sold (part) | 11/07/17 | J | A | |
| 29. IRA - American Growth Fund | A | Interest | L | T | Sold (part) | 11/07/17 | J | A | |
| 30. 529 College Amer. Fund | B | Dividend | L | T | | | | | |
| 31. American AMCAP 529A | A | Dividend | K | T | | | | | |
| 32. American BDFD 529A | A | Dividend | J | T | | | | | |
| 33. American CAP WRLD G&I 529A | A | Dividend | J | T | | | | | |
| 34. Cisco Sys | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Emerson Elec | B | Dividend | L | T | | | | | |
| 36. Nucor Corp. | B | Dividend | L | T | | | | | |
| 37. American EUROPACIFIC 529A | A | Dividend | K | T | | | | | |
| 38. American GR FD of Amer 529A | A | Dividend | K | T | | | | | |
| 39. Amer. SMALLCAP World 529A | A | Dividend | K | T | | | | | |
| 40. Amer. WA Mutual 529A | A | Dividend | J | T | | | | | |
| 41. IRA -- BOA RASP | A | Interest | K | T | | | | | |
| 42. IRA -- Altria Group | B | Dividend | K | T | Buy (add'l) | 02/01/17 | J | | |
| 43. IRA -- Carnival Corp. Pr. | A | Dividend | K | T | | | | | |
| 44. IRA -- Chevron Corp. | A | Dividend | J | T | | | | | |
| 45. IRA -- Cinn. Fin. Crp. | A | Dividend | J | T | | | | | |
| 46. IRA -- Cisco Sys. Inc. | A | Dividend | J | T | | | | | |
| 47. IRA -- Coca Cola Com | A | Dividend | J | T | Sold (part) | 08/21/17 | J | A | |
| 48. IRA -- Dominion Energy | A | Dividend | J | T | | | | | |
| 49. IRA-Philip Morris | A | Dividend | J | T | Buy | 02/16/17 | J | | |
| 50. IRA-Target Corp. | A | Dividend | J | T | Buy | 05/03/17 | J | | |
| 51. IRA -- Duke Energy | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/11/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  IRA -- Eli Lilly | A | Dividend | J | T | Sold (part) | 02/13/17 | J | A | |
| 53.  IRA -- Gen. Dynamics | A | Dividend | K | T | Sold (part) | 02/13/17 | J | A | |
| 54.  IRA -- Hasbro Inc. | A | Dividend | J | T | Sold (part) | 08/21/17 | J | A | |
| 55.  IRA -- Intel Corp. | A | Dividend | J | T | | | | | |
| 56.  IRA -- Kinder Morgan | A | Dividend | J | T | Sold (part) | 06/30/17 | J | A | |
| 57.  IRA -- Lowes Cos. | A | Dividend | J | T | | | | | |
| 58.  IRA -- Microsoft | A | Dividend | J | T | Sold (part) | 02/13/17 | J | A | |
| 59.  IRA -- Newmarket Corp. | A | Dividend | J | T | | | | | |
| 60.  IRA -- Paychex Inc. | A | Dividend | J | T | | | | | |
| 61.  IRA -- Pfizer Inc. | A | Dividend | J | T | | | | | |
| 62.  IRA -- Reynolds Am. | A | Dividend | | | Sold | 07/25/17 | J | A | |
| 63.  IRA -- Mosaic Co. | A | Dividend | | | Sold | 05/12/17 | J | A | |
| 64.  IRA -- Verizon Commun. | A | Dividend | J | T | | | | | |
| 65.  IRA -- Del. Value Fd. | B | Dividend | M | T | Sold (part) | 11/03/17 | J | A | |
| 66.  IRA-Crown Castle REIT | A | Dividend | J | T | Buy | 08/21/17 | J | | |
| 67.  IRA -- Eaton Vance ATL | C | Dividend | L | T | Sold (part) | 11/03/17 | J | A | |
| 68.  IRA -- IShares Russell | D | Dividend | M | T | Sold (part) | 06/30/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. IRA -- MFS Int'l Value | B | Dividend | M | T | Sold (part) | 06/28/17 | J | A | |
| 70. IRA -- H&R Block | | None | | | Sold | 02/23/17 | J | A | |
| 71. IRA -- Berkshire Hath. | | None | J | T | | | | | |
| 72. IRA -- Diageo SPSD | A | Dividend | J | T | | | | | |
| 73. IRA -- General Mills | A | Dividend | J | T | | | | | |
| 74. IRA -- Merck & Co. | A | Dividend | J | T | | | | | |
| 75. IRA -- Western Asset Bd. | D | Dividend | O | T | Buy (add'l) | 05/22/17 | K | | |
| 76. IRA -- CA Inc. | A | Dividend | J | T | | | | | |
| 77. IRA -- Gen.Electric | A | Dividend | K | T | Sold (part) | 05/02/17 | J | A | |
| 78. IRA -- Norfolk So. | A | Dividend | K | T | Sold (part) | 02/13/17 | J | A | |
| 79. Intel | B | Dividend | L | T | | | | | |
| 80. Int'l Bkt Stepup Ins. | | None | | | Redeemed | 05/26/17 | L | A | |
| 81. United Techs Corp | | None | K | T | Buy | 12/22/17 | K | | |
| 82. KinderMorgan | B | Dividend | K | T | | | | | |
| 83. Enbridge (formerly SpectraEnergy) | C | Dividend | L | T | | | | | |
| 84. SX5E Stepup 4/15 | | None | | | Redeemed | 09/29/17 | M | A | |
| 85. SX5E Stepup 10/16 | | None | | | Redeemed | 10/27/17 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. GWK Muni Bond Ptf. | D | Interest | N | T | Buy | 11/15/17 | N | | |
| 87. IRA - BB&T variable rate time investment | A | Dividend | K | T | | | | | |
| 88. BB&T demand deposit | A | Interest | N | T | | | | | |
| 89. Merrill Lynch CMA | A | Interest | N | T | | | | | |
| 90. Coca Cola Co. | D | Dividend | N | T | | | | | |
| 91. Duke Energy Corp. | D | Dividend | M | T | | | | | |
| 92. Exxon/Mobil Corp. | E | Dividend | O | T | | | | | |
| 93. General Electric Co. | C | Dividend | M | T | Sold (part) | 12/27/17 | K | C | |
| 94. International Paper Co. | C | Dividend | M | T | | | | | |
| 95. Sonoco Products | C | Dividend | M | T | | | | | |
| 96. Schlumberger, Ltd. | B | Dividend | L | T | | | | | |
| 97. Merck Co. | D | Dividend | N | T | | | | | |
| 98. Triangle Properties Assoc., LLC | G | Distribution | P1 | U | | | | | |
| 99. J.M. Wallace Land Co., LLC | G | Distribution | P1 | U | | | | | |
| 100. East Mecklenburg Co. | G | Distribution | O | U | | | | | |
| 101. The Mason Wallace Co., LLC | G | Distribution | P1 | U | | | | | |
| 102. Indian Land, SC Investment Real Estate | | None | N | W | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/11/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Microsoft | D | Dividend | N | T | | | | | |
| 104. McDonalds Corp. | D | Dividend | N | T | | | | | |
| 105. Verizon Comm. | D | Dividend | M | T | | | | | |
| 106. AT&T | D | Dividend | M | T | | | | | |
| 107. Phillips 66 | C | Dividend | M | T | | | | | |
| 108. Pfizer | D | Dividend | M | T | | | | | |
| 109. Chevron Corp. | D | Dividend | M | T | | | | | |
| 110. Express Scripts Hldg | | None | K | T | | | | | |
| 111. Conoco Phillips | C | Dividend | M | T | | | | | |
| 112. Baxter Int'l. | B | Dividend | M | T | | | | | |
| 113. Bristol Myers Squibb | D | Dividend | M | T | | | | | |
| 114. Dominion Energy | D | Dividend | M | T | | | | | |
| 115. SX5E Stepup | | None | | | Redeemed | 09/29/17 | M | A | |
| 116. Enbridge | D | Dividend | M | T | | | | | |
| 117. Emerson Electric | B | Dividend | K | T | | | | | |
| 118. IBM | C | Dividend | L | T | | | | | |
| 119. Nucor Corp. | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Lockheed Martin | D | Dividend | N | T | | | | | |
| 121.  Lowes Cos. | D | Dividend | N | T | | | | | |
| 122.  Pepsico | C | Dividend | M | T | | | | | |
| 123.  INTER VIVOS TRUST Dtd 11-22-89 | | None | L | T | | | | | |
| 124.  John Hancock Whole Life Insurance Policy | | None | M | T | | | | | |
| 125.  BB&T Demand Deposit Account | A | Interest | J | T | | | | | |
| 126.  Prudential Financial | A | Dividend | K | T | | | | | |
| 127.  NY Life Fixed Annunity | D | Interest | M | T | | | | | |
| 128.  Fst. Eagle Global FD | C | Dividend | N | T | | | | | |
| 129.  Catepillar Inc. | C | Dividend | M | T | | | | | |
| 130.  CSX Corp. | A | Dividend | L | T | | | | | |
| 131.  Intel Corp. | B | Dividend | L | T | | | | | |
| 132.  Johnson & Johnson | A | Dividend | K | T | Buy | 12/22/17 | K | | |
| 133.  United Techs Corp. | A | Dividend | K | T | Buy | 12/22/17 | K | | |
| 134.  KinderMorgan | B | Dividend | L | T | | | | | |
| 135.  Price T. Rowe Grp. | B | Dividend | L | T | | | | | |
| 136.  Shire PLC-ADR | A | Dividend | | | Sold | 12/27/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. GWK Muni Bond Ptf. | D | Interest | O | T | Buy | 11/15/17 | N | | |
| 138. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 139. BANK OF AMERICA/ML BANK DEPOSIT (CASH) | A | Interest | K | T | | | | | |
| 140. AES CORP (AES) | A | Dividend | | | Sold | 12/22/17 | J | | |
| 141. AIA GROUP LTD (AAGIY) | A | Dividend | K | T | | | | | |
| 142. AIRBUS SE (EADSY) | A | Dividend | K | T | Buy (add'l) | 04/11/17 | J | | |
| 143. | | | | | Buy (add'l) | 04/12/17 | J | | |
| 144. ALPHABET INC SHS CL C (GOOG) | | None | J | T | | | | | |
| 145. AMADEUS IT GROUP SA (AMADY) | A | Dividend | J | T | | | | | |
| 146. AMAZON COM INC (AMZN) | | None | K | T | Sold (part) | 08/16/17 | J | A | |
| 147. AMERICAN TOWER REIT INC (AMT) | A | Dividend | J | T | Sold (part) | 07/27/17 | J | B | |
| 148. APPLE INC (AAPL) | A | Dividend | K | T | | | | | |
| 149. ASAHI KASEI CORP (AHKSY) | A | Dividend | J | T | | | | | |
| 150. ASML HLDG NV NY REG SHS (ASML) | A | Dividend | K | T | | | | | |
| 151. ASSA ABLOY AB ADR (ASAZY) | A | Dividend | J | T | | | | | |
| 152. ASTRAZENECA PLC SPND ADR (AZN) | A | Dividend | K | T | | | | | |
| 153. BANK NEW YORK MELLON (BK) | A | Dividend | J | T | Buy | 03/21/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,000 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. BNP PARIBAS SPONSORD ADR (BNPQY) | A | Dividend | J | T | Sold (part) | 12/19/17 | J | B | |
| 155. BOEING COMPANY (BA) | A | Dividend | J | T | Sold (part) | 01/26/17 | J | B | |
| 156. BRITISH AMN TOBACO SPADR (BTI) | A | Dividend | J | T | | | | | |
| 157. BROADCOM LTD (AVGO) | A | Dividend | J | T | Sold (part) | 02/22/17 | J | B | |
| 158. CARLSBERG AS SPONSOREDAD (CABGY) | A | Dividend | K | T | | | | | |
| 159. CERNER CORP (CERN) | | None | K | T | | | | | |
| 160. CHEVRON CORP (CVX) | A | Dividend | K | T | | | | | |
| 161. CME GROUP INC (CME) | A | Dividend | K | T | Buy (add'l) | 06/06/17 | J | | |
| 162. | | | | | Buy (add'l) | 06/07/17 | J | | |
| 163. COMCAST CORP NEW CL A (CMCSA) | A | Dividend | J | T | | | | | |
| 164. CROWN CASTLE REIT INC (CCI) | A | Dividend | J | T | | | | | |
| 165. CSX CORP (CSX) | | None | J | T | Buy | 12/19/17 | J | | |
| 166. DANAHER CORP DEL (DHR) | A | Dividend | J | T | | | | | |
| 167. DANONE-SPONS (DANOY) | A | Dividend | J | T | | | | | |
| 168. DEERE CO (DE) | | None | J | T | Buy | 10/25/17 | J | | |
| 169. DOLLAR GENERAL CORP (DG) | A | Dividend | J | T | Buy | 06/06/17 | J | | |
| 170. | | None | | | Buy (add'l) | 06/07/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. DOWDUPONT INC COM (DWDP) | A | Dividend | J | T | | | | | |
| 172. EATON CORP PLC (ETN) | A | Dividend | | | Sold | 10/25/17 | K | D | |
| 173. ELI LILLY & CO (LLY) | A | Dividend | | | Sold | 08/16/17 | J | C | |
| 174. ENBRIDGE INC (ENB) | A | Dividend | K | T | Buy (add'l) | 12/19/17 | K | | |
| 175. EOG RESOURCES INC (EOG) | A | Dividend | J | T | | | | | |
| 176. ESSILOR INTL SA (ESLOY) | A | Dividend | J | T | | | | | |
| 177. EXXON MOBIL (XOM) | A | Dividend | | | Sold | 10/25/17 | J | A | |
| 178. FANUC LTD (FANUY) | A | Dividend | K | T | | | | | |
| 179. GEMALTO SHS (GTOMY) | A | Dividend | | | Buy | 02/22/17 | J | | |
| 180. | | | | | Sold | 06/07/17 | J | | |
| 181. GILEAD SCIENCES (GILD) | A | Dividend | | | Buy | 10/25/17 | K | | |
| 182. | | | | | Sold | 12/22/17 | K | | |
| 183. GODADDY INC SHS (GDDY) | | None | K | T | Buy | 12/19/17 | K | | |
| 184. GOLDMAN SACHS (GS) | A | Dividend | | | Sold (part) | 01/26/17 | J | B | |
| 185. | | | | | Sold | 07/27/17 | J | B | |
| 186. HDFC BANK LTD (HDB) | A | Dividend | J | T | | | | | |
| 187. HEXCEL CORP (HXL) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. HILTON WORLDWIDE HOLDINGS (HLT) | A | Dividend | K | T | Buy | 09/12/17 | J | | |
| 189. | | | | | Buy (add'l) | 09/13/17 | J | | |
| 190. IMPERIAL BRANDS PLC (IMBBY) | A | Dividend | | | Sold | 12/22/17 | J | | |
| 191. INCYTE CORP (INCY) | | None | | | Sold | 12/22/17 | J | | |
| 192. JACK HENRY & ASSOC INC (JKHY) | A | Dividend | J | T | | | | | |
| 193. JPMORGAN CHASE & CO (JPM) | A | Dividend | K | T | Buy (add'l) | 07/27/17 | J | | |
| 194. KBC GROUPE SA SHS (KBCSY) | A | Dividend | J | T | Buy | 03/21/17 | J | | |
| 195. KEYENCE CORP 6861 (KYCCF) | A | Dividend | K | T | Sold (part) | 09/13/17 | J | C | |
| 196. LOREAL CO (LRLCY) | A | Dividend | K | T | | | | | |
| 197. LAS VEGAS SANDS CORP (LVS) | B | Dividend | K | T | Buy (add'l) | 02/22/17 | J | | |
| 198. LVMH MOET HENNESSY ADR (LVMUY) | A | Dividend | J | T | | | | | |
| 199. MARSH & MCLENNAN COS INC (MMC) | | None | J | T | Buy | 12/19/17 | J | | |
| 200. MICROSOFT CORP (MSFT) | A | Dividend | J | T | | | | | |
| 201. MONSANTO CO NEW DEL (MON) | A | Dividend | J | T | | | | | |
| 202. MOODY'S CORP (MCO) | A | Dividend | K | T | | | | | |
| 203. MURATA MANUFACTURING (MRAAY) | A | Dividend | | | Sold | 12/22/17 | J | | |
| 204. NASPERS LTD SHS (NPSND) | A | Dividend | K | T | Sold (part) | 12/19/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/11/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. NESTLE S A (NSRGY) | A | Dividend | K | T | Buy (add'l) | 05/08/17 | J | | |
| 206. NEWELL BRANDS (NWL) | A | Dividend | | | Sold | 12/22/17 | J | | |
| 207. NIELSEN HOLDINGS (NLSN) | A | Dividend | | | Sold | 10/25/17 | J | | |
| 208. NORFOLK SOUTHERN (NSC) | A | Dividend | | | Sold | 03/21/17 | J | B | |
| 209. NORWEGIAN CRUISE LINE (NCLH) | | None | J | T | | | | | |
| 210. NOVO NORDISK A S ADR (NVO) | A | Dividend | K | T | Sold (part) | 09/13/17 | J | | |
| 211. | | | | | Sold (part) | 10/25/17 | J | | |
| 212. OCCIDENTAL PETE CORP CAL (OXY) | A | Dividend | K | T | | | | | |
| 213. PERNOD-RICARD SA (PDRDY) | A | Dividend | K | T | | | | | |
| 214. POTASH CORP SASKATCHEWAN (POT) | A | Dividend | J | T | Buy | 08/16/17 | J | | |
| 215. QUALCOMM INC (QCOM) | A | Dividend | K | T | Buy | 04/10/17 | J | | |
| 216. | | | | | Buy (add'l) | 10/25/17 | J | | |
| 217. RECKITT BENCKISER GROUP (RBGLY) | A | Dividend | J | T | Buy | 04/11/17 | J | | |
| 218. | | | | | Buy (add'l) | 04/12/17 | J | | |
| 219. | | | | | Buy (add'l) | 05/08/17 | J | | |
| 220. ROCHE HLDG LTD (RHHBY) | A | Dividend | J | T | Sold (part) | 12/22/17 | J | | |
| 221. ROYAL CARIBBEAN CRUISES (RCL) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/11/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. ROYAL DUTCH SHEL PLC (RDSB) | B | Dividend | K | T | | | | | |
| 223. SAFRAN SA (SAFRY) | A | Dividend | K | T | | | | | |
| 224. SAMPO PLC (SAXPY) | A | Dividend | J | T | | | | | |
| 225. SAP SE (SAP) | A | Dividend | J | T | | | | | |
| 226. SCHLUMBERGER LTD (SLB) | A | Dividend | J | T | | | | | |
| 227. SEATTLE GENETICS (SGEN) | | None | | | Buy | 10/25/17 | J | | |
| 228. | | | | | Sold | 12/22/17 | J | | |
| 229. SEMPRA ENERGY (SRE) | A | Dividend | J | T | Buy | 01/26/17 | J | | |
| 230. SEVEN AND I HOLDINGS CO (SVNDY) | A | Dividend | J | T | | | | | |
| 231. SHISEIDO LTD ADR (SSDOY) | A | Dividend | | | Sold | 12/19/17 | J | D | |
| 232. SINGAPORE TELECOMM (SGAPY) | A | Dividend | | | Sold | 12/19/17 | K | | |
| 233. SMC CORP (SMECF) | A | Dividend | K | T | | | | | |
| 234. SOFTBANK GROUP CORP (SFTBY) | A | Dividend | K | T | | | | | |
| 235. SSE PLC (SSEZY) | A | Dividend | | | Sold | 01/27/17 | J | | |
| 236. | | | | | Buy | 03/21/17 | J | | |
| 237. | | | | | Sold | 04/11/17 | J | | |
| 238. STARBUCKS CORP (SBUX) | A | Dividend | | | Sold | 12/22/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| HODGES, GEORGE R. | 06/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. TAIWAN S MANUFCTRING ADR (TSM) | A | Dividend | K | T | | | | | |
| 240. TEXAS INSTRUMENTS (TXN) | A | Dividend | | | Sold (part) | 03/21/17 | J | B | |
| 241. | | | | | Sold (part) | 05/08/17 | J | | |
| 242. | | | | | Sold | 12/18/17 | J | C | |
| 243. VISA INC CL A SHRS (V) | A | Dividend | K | T | | | | | |
| 244. VODAFONE GROUP PLC SHS (VOD) | A | Dividend | J | T | | | | | |
| 245. VTECH HOLDINGS LTD SHS (VTKLY) | A | Dividend | J | T | Buy | 03/22/17 | J | | |
| 246. | | | | | Buy (add'l) | 03/23/17 | J | | |
| 247. WELLS FARGO & CO NEW DEL (WFC) | A | Dividend | J | T | Buy | 04/10/17 | J | | |
| 248. XILINX INC (XLNX) | A | Dividend | | | Sold | 02/22/17 | K | B | |
| 249. YUM BRANDS (YUM) | A | Dividend | | | Sold | 04/10/17 | J | B | |
| 250. ISHARES RUSSELL 1000 (IWB) | | None | K | T | Buy | 12/22/17 | K | | |
| 251. ISHARES TR CORE MSCI EAF (IEFA) | | None | K | T | Buy | 12/22/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. POSITIONS
   Trustee   Inter Vivos life insuarnce trust dated 11-22-89.


VII.  INVESTMENTS and TRUSTS

   Conflicts:  I do not handle any disputes involving any company in which stock is owned (individually and as Trustee).  Also, I do not handle any disputes involving closely held businesses or anything related thereto.  Those matters are assigned to the other bankruptcy judges in the Western District of North Carolina. I no longer have a conflict on matters involving Bank of America, since my brother's retirement from it.  The Committee on Codes of Conduct has determined that that is not a conflict for my hearing disputes involving BB&T on account of a brother-in-law's involvement on a "local board" of the bank.

Note:  Income is received from several closely held family corporations including East Mecklenburg Corp. ("S" corporation), The Mason Wallace Co., LLC, J.M. Wallace Land Co., LLC, and Triangle Properties Associates, LLC, and real property owned in common.  This is in the nature of investment income and is reported in PART VII.  The corporations buy, sell and own real estate, but the stockholders do not control any of those decisions or assets individuallly.

I own cows, which I sometimes sell.  The cows are not reportable as of the end of the reporting period, and there are no corresponding reportable transactions.

Part VII, line 136 of the original filing is now a header at line 138, with the underlying assets identified below.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ GEORGE R. HODGES**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544